In the Matter of the Application of The People of the State of New York, by George S. Van Schaick, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the First Mortgage Guaranty and Title Company. In the Matter of the Application of Board of National Missions of The Presbyterian Church in the United States of America, Respondent; 428–430 East Sidney Avenue, Mount Vernon, New York; George S. Van Schaick, Superintendent of Insurance of the State of New York, as Rehabilitator of First Mortgage Guaranty and Title Company, Appellant. In the Matter of the Application of The People of the State of New York, by George S. Van Schaick, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the First Mortgage Guaranty and Title Company. In the Matter of the Application of Board of National Missions of The Presbyterian Church in the United States of America, Respondent; 104 Taymill Road, New Rochelle, N. Y.; George S. Van Schaick, Superintendent of Insurance of the State of New York, as Rehabilitator of First Mortgage Guaranty and Title Company, Appellant. — Motion for leave to appeal to the Court of Appeals denied on the merits; furthermore, the application is belated. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

In the Matter of the Final Judicial Settlement of the Account of Mary K. Miller, as Executrix of Charles M. Miller, Deceased, as Administrator, etc., of Louisa Cook Sanderson, Deceased, Appellant; Anthony M. Menkel and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

In the Matter of the Application of Camille E. Schmitt, Appellant, for an Order of Mandamus against George J. Ryan and Others, Members of the Board of Education of the City of New York, and Another, etc., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

In the Matter of the Application of Howard Leland Smith and Eugene Ward etc., Respondents, to Confirm an Award, Dated September 21, 1933, Rendered in Arbitration Proceedings between Smith & Ward, Architects, and Board of Education, Union Free School District, No. 28, Town of Hempstead, Appellant, under Certain Agreements to Submit to Arbitration.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

In the Matter of the Application of Brooklyn Bar Association in Respect of Anton Weidmann, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

Dominic Landi and Another, Respondents, v. Ludin Realty Company, etc., Appellant, and Others, Defendants.— Motion to resettle order of December 31, 1934, denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

Harry Levin, Respondent, v. John D. Dunlop, Clayton M. Allison and Another, Copartners Doing Business under the Firm Name and Style of Allison's